IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02734-PAB-CBS

RUDOLPH CHAVEZ,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  Following the death of my father, I have become a trustee regarding certain stock.  I have recently learned that shares of International Business Machines are included in that stock.  Pursuant to Canon 3C(3)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455, it would therefore be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED November 12, 2014.

                                                         BY THE COURT:

                                                         s/Philip A. Brimmer
                                                         PHILIP A. BRIMMER
                                                         United States District Judge