IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02734-MJW

RUDOLPH CHAVEZ,

Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Defendant.

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Third Stipulated Motion to Amend the Scheduling Order (Docket No. 54) is granted. Accordingly, the Scheduling Order (Docket No. 15) is amended such that the dispositive motion deadline and the deadline for filing dismissal paperwork is extended up to and including December 18, 2014. In addition, the court *sua sponte* extends the deadline to file the Pilot Program Consent Form (see Docket No. 52) up to and including December 18, 2014.

Date: December 8, 2014